WR-82,850-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/8/2015 9:22:15 AM
Accepted 4/8/2015 9:28:12 AM
ABEL ACOSTA
CLERK



**SUSAN HAWK**
**CRIMINAL DISTRICT ATTORNEY**
**DALLAS COUNTY, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
4/8/2015
ABEL ACOSTA, CLERK

April 8, 2015

Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

   Re:  Court of Criminal Appeals Writ Nos. WR-82,850-01 and WR-82,850-02;
       Trial Court Cause Nos. W08-71994-V(A) and W11-00273-V(A);
       *Ex parte Anthony Eugene Johnson*

Dear Mr. Acosta:

   On March 13, 2015, the Dallas County District Clerk's Office filed a Clerk's Record in the above-mentioned cases.[1] That record contains the Applicant's Proposed Findings of Fact and Conclusions of Law, which were signed by the trial court on March 11, 2015. The State was not served with a copy of the signed findings or otherwise notified of the trial court's ruling (which recommends that relief be granted in Applicant's cases) until yesterday, April 7, 2015, when the undersigned received a hard copy of the signed findings in her mailbox.

   Please allow this letter to serve as notice that, with all possible speed, the State will prepare and file with the trial court, The State's Objections to Applicant's Proposed Findings of Fact and Conclusions of Law in the above-mentioned cases.

            Sincerely,

            Christine Womble
            Assistant District Attorney
            State Bar No. 24035991
            Frank Crowley Courts Building
            133 N. Riverfront Blvd., LB-19
            Dallas, Texas 75207-4399
            (214) 653-3625
            (214) 653-3643 *fax*

---

[1] The Court's website reflects that the record was received on March 18, 2015. The State notes that on March 20, 2015, the Court granted a 60-day extension of time for findings to be completed.

cc:     The Hon. Brandon Birmingham, Judge 292nd Judicial District Court (via email)
Bruce Anton (via email)
Randy Schaffer (via email)